# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| LA BELLE AMIE VINEYARD & WINERY, LLC, LA BELLE AMIE, LLC and CHARLES VICKI WEIGLE, ) ) ) ) ) | |
| Plaintiffs, ) | Civil Action No. 3:12cv316-FDW-DSC |
| v. ) ) ) | |
| CALCAREOUS VINEYARDS, LLC, ) ) | |
| Defendant. ) ) | |

## ORDER

This Matter is before the Court on the "Motion to Seal Doc[ument] 47" (document #46) filed August 7, 2013. For the reasons stated therein, the Motion is granted.

**SO ORDERED**.

Signed: August 8, 2013

_____
David S. Cayer
United States Magistrate Judge