IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| LAC BELLE AMIE VINEYARD & WINERY, LLC; LA BELLE AMIE, LLC and CHARLES VICKI WEIGLE )<br><br>Plaintiffs/Counterclaim Defendants )<br><br>v. )<br><br>CALCAREOUS VINEYARDS, LLC )<br><br>Defendant/Counterclaimant ) | Civil Action No. 3:12cv316-FDW-DSC |

## ORDER

This Matter is before the Court on the "Motion to Seal Document No. 50" (Doc. No. 49) filed August 23, 2013. For the reasons stated therein, the Motion is <u>granted</u>.

**SO ORDERED.**

Signed: August 26, 2013

David S. Cayer
United States Magistrate Judge